UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL TEDESCHI,

    Plaintiff,

v.

CERTEGY CHECK SERVICES, INC.,

    Defendant.

Case No. 17-cv-00190

Hon. Robert J. Jonker

---

| | |
|---|---|
| Michael Tedeschi<br>In Pro Per<br>216 Sidewinder St.<br>Gwinn, MI 49841<br>(906) 346-2661 | DICKINSON WRIGHT PLLC<br>KJ Miller (P62014)<br>*Attorneys for Defendant*<br>350 S. Main Street, Suite 300<br>Ann Arbor, MI 48104-2131<br>(734) 623-7075 |

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

    Plaintiff, Michael Tedeschi, and Defendant, Certegy Check Services, Inc. (collectively, the "Parties") by counsel, jointly file this stipulation of dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

    The Parties have reached an agreement of settlement with respect to all claims asserted in the Complaint. Accordingly, pursuant to that agreement, the Parties jointly stipulate that this action is hereby **DISMISSED WITH PREJUDICE** in its entirety. The Parties agree that the Court retains jurisdiction to enforce the terms of the settlement.

    IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice and without costs. This Order closes the case.

    IT IS SO ORDERED.

Dated: January 3, 2018

/s/ Robert J. Jonker
UNITED STATES DISTRICT JUDGE

Stipulations:

By: /s/Michael Tedeschi (w/permission)
Michael Tedeschi
In Pro Per
216 Sidewinder St.
Gwinn, MI 49841
(906) 346-2661
mjted@icloud.com

By: /s/ KJ Miller
KJ Miller (P62014)
DICKINSON WRIGHT PLLC
Attorneys for Defendant
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 623-1610
kjmiller@dickinsonwright.com

Dated:  January 2, 2018